UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JAMES BIAGAS, SR., | No. 2:21-cv-0109 KJM CKD P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| STATE OF CALIFORNIA, et al., | |
| Respondents. | |

      Petitioner, a state prisoner proceeding pro se, has filed a "Petition for Writ of Mandate." The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 20, 2021, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations, which the court has considered.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 10, 2021, are adopted in full;
2. Petitioner's "Petition for a Writ of Mandate" is dismissed; and
3. This case is closed.

DATED: March 30, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE